## AFFIDAVIT OF SERVICE

| Case: 4:25-cv-00048 | Court: UNITED STATES DISTRICT COURT for the Eastern District of Texas | County: | Job: 12691973 (021125-2) |
|---|---|---|---|
| Plaintiff / Petitioner: OLIVIA COSME | | Defendant / Respondent: EXPERIAN INFORMATION SOLUTION, INC., et al | |
| Received by: Dallas Civil Process & Legal Support Service | | For: Raburn Kaufman | |
| To be served upon: FLAGSHIP CREDIT ACCEPTANCE LLC Through Registered Agent Corporation Service Company dba CSC | | | |

I, Jeff Patrick Wilson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** FLAGSHIP CREDIT ACCEPTANCE LLC Through Registered Agent Corporation Service Company dba CSC, 211 E 7th Street 620, Austin, TX 78701-3218

**Manner of Service:** Registered Agent, Feb 13, 2025, 12:45 pm CST

**Documents:** SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET (Received Feb 10, 2025 at 4:47pm CST)

**Additional Comments:**
1) Successful Attempt: Feb 13, 2025, 12:45 pm CST at 211 E 7th Street 620, Austin, TX 78701-3218 received by FLAGSHIP CREDIT ACCEPTANCE LLC Through Registered Agent Corporation Service Company dba CSC. Age: 30; Ethnicity: African American; Gender: Female; Weight: 200; Height: 5'8"; Hair: Black; Other: Authorized, Neisha Gross;

_____  2-17-2025
Jeff Patrick Wilson           Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

02-17-2025     FEBRUARY 04, 2028
Date           Commission Expires

JENNIFER ROE-WILSON
My Notary ID # 132344097
Expires February 4, 2028